Case No.  SACV 19-01997-JLS (ADSx)			Date: November 18, 2019
Title:  Bryan Williams v. Mike Tadros dba Allstate Insurance, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present				Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC") REGARDING SERVICE OF ADA NOTICE**

On October 22, 2019, the Court issued its ADA Disability Access Litigation Notice, blank Application to Stay, and proposed Order granting Application to Stay ("ADA packet"). (Doc. 10.)

In the Notice, Plaintiff was directed to serve the ADA packet on Defendant(s) and to file proof of service. The deadline imposed by the Court for service of the ADA packet and the filing of proof of service has passed.

Plaintiff is ordered to serve Defendant(s) with the ADA packet and to file proof of service no later than seven days of the entry of this Order. Failure to do so will result in the Court's consideration of appropriate sanctions for failure to follow a Court order.

Initials of Preparer:  tg